BARBARA A. BLACKBURN, Bar No. 253731
bblackburn@littler.com
SIMERDIP KHANGURA, Bar No. 272525
skhangura@littler.com
LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA  95814
Telephone:   916.830.7200
Fax No.:        916.561.0828

JULIE R. CAMPOS, Bar No. 314063
jcampos@littler.com
LITTLER MENDELSON, P.C.
5200 N. Palm Avenue
Suite 302
Fresno, CA  93704
Telephone:   559.244.7500
Fax No.:        559.244.7525

Attorneys for Defendant
TARGET CORPORATION

SUPERIOR COURT OF CALIFORNIA

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLISON LIEDTKE,<br><br>              Plaintiff,<br><br>    v.<br><br>TARGET CORPORATION, a Minnesota Corporation; and DOES 1-25, inclusive,<br><br>              Defendant. | Case No.  2:20-cv-02430-TLN-JDP<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE NON-EXPERT DISCOVERY CUTOFF**<br><br>*Assigned to the Honorable Troy L. Nunley*<br><br>Complaint filed:  October 29, 2020 |

       IT IS HEREBY STIPULATED, by and between Plaintiff ALLISON LIEDTKE ("Plaintiff") and Defendant TARGET CORPORATION ("Defendant") (together, the "Parties"), through their respective counsel of record, as follows:

       WHEREAS, this Court issued an Initial Pretrial Scheduling Order on December 9, 2020, in which the non-expert discovery cutoff is set for July 14, 2021 (Dkt. No. 3);

JOINT STIPULATION AND ORDER TO CONTINUE NON-EXPERT DISCOVERY CUTOFF

Case No.  2:20-cv-02430-TLN-JDP

WHEREAS, the parties have not previously sought an extension of the non-expert discovery cutoff date;

WHEREAS, the Parties are currently engaged in written discovery, and are in the process of completing multiple oral depositions;

WHEREAS, the Parties agree that good cause exists to continue the non-expert discovery cutoff by 60 days to September 12, 2021 in order to allow the completion of written and oral discovery.

NOW THEREFORE, it is hereby stipulated between the Parties that:

1. The non-expert discovery cutoff shall be continued by 60 days to September 12, 2021.

IT IS SO STIPULATED.

Dated: July 8, 2021

/s/ Julie R. Campos
BARBARA A. BLACKBURN
SIMERDIP KHANGURA
JULIE R. CAMPOS
LITTLER MENDELSON, P.C.
Attorneys for Defendant TARGET CORPORATION

Dated: July 8, 2021

/s/ James A. Clark
JAMES A. CLARK
RENEE P. ORTEGA
ARIEL A. PYTEL
TOWER LEGAL GROUP, P.C.
Attorneys for Plaintiff ALLISON LIEDTKE

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

JOINT STIPULATION AND ORDER TO CONTINUE NON-EXPERT DISCOVERY CUTOFF

2.

Case No. 2:20-cv-02430-TLN-JDP

## **ORDER**

For good cause appearing, the Court hereby orders that:

1. The non-expert discovery cutoff shall be continued by 60 days to September 12, 2021.

IT IS SO ORDERED.

Date: July 8, 2021

_____
Troy L. Nunley
United States District Judge

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

JOINT STIPULATION AND ORDER TO CONTINUE NON-EXPERT DISCOVERY CUTOFF   3.   Case No. 2:20-cv-02430-TLN-JDP